Morrisville Scrap Processing Company, Inc., Appellant, *v.* Commonwealth of Pennsylvania.

Argued May 22, 1973. Before JONES, C. J., EAGEN, O'BRIEN, ROBERTS, POMEROY, NIX and MANDERINO, JJ.

reargument refused August 8, 1973.

*Howard Gould,* with him *Lewis H. Markowitz, Gould, Reichert & Strauss,* and *Markowitz, Kagen & Griffith,* for appellant.

*Edward T. Baker,* Deputy Attorney General, for Commonwealth, appellee.

Opinion Per Curiam, July 2, 1973:

Order affirmed. See *Commonwealth v. Deitch Company,* 449 Pa. 88, 295 A. 2d 834 (1972); *Commonwealth v. Life Assurance Company of Pennsylvania,* 419 Pa. 370, 214 A. 2d 209 (1965); *Commonwealth v. Lafferty,* 426 Pa. 541, 233 A. 2d 256 (1967); *Ott v. Mississippi Valley Barge Line Company,* 336 U.S. 169, 69 S. Ct. 432 (1949); and *Wisconsin v. J. C. Penney Co.,* 311 U.S. 435, 61 S. Ct. 246 (1940).

Mr. Chief Justice Jones and Mr. Justice O'Brien note a dissent.